

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00143-CV

Gary W. **BURK** and Courtney W. Burk,
Appellants

v.

**STEVEN C. GARDNER AGENCY OF HOUSTON, LLC** and Steven C. Gardner,
Individually,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 22-232
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: June 14, 2023

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellants. *See id.* R. 42.1(d).

PER CURIAM